UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| PRESTON STEVENS | CIVIL ACTION |
|---|---|
| VERSUS | |
| ENERGY XXI (BERMUDA), LTD, ENERGY XXI GOM, LLC | NUMBER 11-154-BAJ-SCR |

## RULING

The Court has carefully considered the motion to remand, the record, the law applicable to this action, and the Report and Recommendation (doc. 8) of United States Magistrate Stephen C. Riedlinger dated May 18, 2011, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, plaintiff's motion to remand (doc. 8) is hereby denied.

Baton Rouge, Louisiana, June 22, 2011.

_____
BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA